UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anthony Steven Hill,                               Case No.: 12cv3167 (MJD/SER)

         Plaintiff,

v.                                     **REPORT AND RECOMMENDATION**

Jim Carlson,
Joy Fragodt,
Jim Rygg, and
Philip Larsen,

         Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. The partial filing fee was not paid and no objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Docket No. 2), be **DENIED AS MOOT**; and

2. This action be **DISMISSED WITHOUT PREJUDICE**.


Dated: May 15, 2013

                                                            *s/Michael J. Davis*
                                                            Michael J. Davis
                                                            Chief Judge
                                                            United States District Court